2025R00003/MAH

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| | : | |
| v. | : | Mag. No. 25-12008 |
| | : | |
| JEFFREY ABEL ARIAS DELGADO | : | **CRIMINAL COMPLAINT** |
| | : | |

I, Michael Dugan, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Deportation Officer with United States Immigration and Customs Enforcement, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____s/ *Michael Dugan*_____
Michael Dugan,
Deportation Officer
Enforcement and Removal
Operations, U.S. Immigration and
Customs Enforcement

Officer Michael Dugan attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 3rd day of January 2025.

_____
Hon. James B. Clark, III
United States Magistrate Judge

2025R00003/MAH

## ATTACHMENT A

(Illegal Reentry)

On a date on or after February 25, 2022, and on or before June 22, 2023, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

**JEFFREY ABEL ARIAS DELGADO,**

being an alien who was deported and removed and having departed from the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security of the United States or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about June 22, 2023, was found in, the United States.

In violation of Title 8, United States Code, Section 1326(a).

## ATTACHMENT B

I, Michael Dugan, am a Deportation Officer in the Enforcement and Removal Operations unit of U.S. Immigration and Customs Enforcement. The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including immigration records and other documents. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      The defendant, JEFFREY ABEL ARIAS DELGADO ("ARIAS DELGADO"), is a citizen of El Salvador and is not a citizen of the United States.

2.      On or about September 23, 2015, ARIAS DELGADO was arrested by the United States Border Patrol in Texas, after unlawfully entering the United States.

3.      On or about September 24, 2015, ARIAS DELGADO was served a Form I-862 Notice to Appear charging him with violating Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, and was thereafter released on his own recognizance.

4.      On or about December 20, 2021, ARIAS DELGADO was arrested in Monmouth County, New Jersey, and charged with approximately seventeen criminal counts. ARIAS DELGADO was initially detained at the Monmouth County Jail in connection with these charges.

5.      On or about December 21, 2021, an ICE deportation officer encountered ARIAS DELGADO at the Monmouth County Jail. ICE thereafter resumed immigration proceedings against ARIAS DELGADO. When ARIAS DELGADO was ultimately released from state custody, he entered ICE custody.

6.      On or about February 15, 2022, an Immigration Judge ordered ARIAS DELGADO removed to El Salvador.

7.      On or about February 25, 2022, ARIAS DELGADO was removed from the United States to El Salvador (the "2022 Removal"). Shortly before the 2022 Removal, on or about February 25, 2022, an official from the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), took a photograph of, and a fingerprint from, ARIAS DELGADO.

8.    At the time of the 2022 Removal, the criminal charges against ARIAS DELGADO arising from the December 20, 2021 arrest remained pending.

9.    Following the 2022 Removal, ARIAS DELGADO re-entered the United States without permission on an unknown date and was found in the United States on or about June 22, 2023. Specifically, on or about June 22, 2023, ARIAS DELGADO was arrested in Monmouth County, New Jersey, and charged with Terroristic Threats, in violation of N.J.S.A. 2C:12-3A.

10.    On or about August 21, 2023, in the Superior Court of New Jersey, Monmouth County, ARIAS DELGADO was convicted by guilty plea of two of the charges stemming from the December 20, 2021 arrest, namely, Terroristic Threats, in violation of N.J.S.A. 2C:12-3A, and Manufacturing/ Distributing/Possessing with Intent to Distribute Heroin and/or Cocaine, in violation of N.J.S.A. 2C:35-5B(2). All other charges relating to the December 20, 2021 arrest were dismissed.

11.    On or about October 2, 2023, in the Superior Court of New Jersey, Monmouth County, ARIAS DELGADO was convicted by guilty plea of the sole charge stemming from the June 22, 2023 arrest, namely, Terroristic Threats, in violation of N.J.S.A. 2C:12-3A.

12.    On or about August 30, 2024, ARIAS DELGADO was sentenced to six years' imprisonment for the Heroin/Cocaine conviction, and three years' imprisonment for each of the two Terroristic Threats convictions, each to run concurrently with the others.

13.    A fingerprint analysis performed after the June 22, 2023 Arrest revealed that ARIAS DELGADO is the same individual who was removed from the United States to El Salvador in 2022, as set forth in paragraph 7 above.

14.    A records search reveals that neither the Secretary of Homeland Security nor the Attorney General of the United States expressly consented to ARIAS DELGADO's re-application for admission to the United States prior to his re-embarkation at a place outside the United States, or to his re-entry into the United States. ARIAS DELGADO also did not receive a waiver allowing him to re-enter the United States.